1                                                                                             District Judge Robert S. Lasnik

2

3

4

5                           UNITED STATES DISTRICT COURT FOR THE
                          WESTERN DISTRICT OF WASHINGTON

6                                     AT SEATTLE

7  CESAR EMMANUEL BERNAL,

8                        Plaintiff,          CASE NO.  2:16-cv-01947-RSL

9      v.                                ORDER GRANTING DEFENDANT'S
                                        MOTION TO DISMISS FOR LACK OF
  UNITED STATES POST OFFICE,         SUBJECT MATTER JURISDICTION

10

11                      Defendant.

12       This matter came before the Court on Defendant's Motion to Dismiss for Lack of Subject

13  Matter Jurisdiction.  The Court has reviewed the motion, all evidence submitted in support of the

14  motion, plaintiff's response to the motion, if any, and defendant's reply, if any, as well as the

15  documents on file, and is otherwise fully informed.

16

17

18

19

20

21

22

23

24  Order Granting Defendant's Motion to Dismiss                        UNITED STATES ATTORNEY
  Case No. 3:16-cv-01947-RSL                               700 STEWART STREET, SUITE 5220
  Page 1 of 2                                          SEATTLE, WASHINGTON 98101
                                                      (206) 553-7970

1    Therefore, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED and

2  plaintiff's complaint is dismissed with prejudice.  The Clerk of the Court is directed to enter

3  judgment in favor of defendant and against plaintiff.

4

5        DATED this 8th day of February, 2017.

6

7

8                                                Robert S. Lasnik
                                                 United States District Judge
9

10

11   Presented by:

12   ANNETTE L. HAYES
     United States Attorney
13

14   *s/Tricia Boerger*
     TRICIA BOERGER, WSBA #38581
15   Assistant United States Attorney
     Western District of Washington
16   United States Attorney's Office
     700 Stewart Street, Suite 5220
17   Seattle, Washington 98101-1271
     phone:  206-553-7970
18   email:  tricia.boerger@usdoj.gov

19

20

21

22

23

24   Order Granting Defendant's Motion to Dismiss
     Case No. 3:16-cv-01947-RSL
     Page 2 of 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970